UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY FOLTICE,

        Plaintiff,                       Case No. 1:10-CV-602

v.                                          Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

Plaintiff's argument is that if a claimant alleges severe pain, the ALJ and court must accept such testimony as true unless the testimony is inconsistent with other evidence. Plaintiff cites 20 C.F.R. § 404.1529(c)(3) and § 404.929(c)(3) and *Walters v. Commissioner of Social Security*, 127 F.3d 525, 531 (6th Cir. 1997).

Magistrate Judge's thorough opinion on this issue is supported by the record and applies the correct legal principles. This court can add nothing to this analysis. Therefore, the Report and Recommendation of the Magistrate Judge will be **ADOPTED** as the Opinion of this Court, the decision of the Magistrate Judge is hereby **AFFIRMED**, and Judgment will be entered for Defendant.

Dated: September 16, 2011                               /s/ Gordon J. Quist
                                                         GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE